IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs ) | Case No. 3:04CR0064(01)WHR |
| ) | |
| ) | |
| THOMAS JOHNSON ) | |

ORDER TERMINATING PROBATION

The above named defendant was sentenced to a three (3) year term of probation on September 3, 2004. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the community service condition be waived and that the defendant is discharged from probation, and that the proceedings in the case be terminated.

Dated this 19th day of July, 2006.

_____
Walter Herbert Rice
U. S. District Court Judge